UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUPERIOR DIVING COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER 05-0197 |
| | * | |
| JAY WATTS | * | SECTION "N" |
| | * | |
| | * | MAGISTRATE 2 |

*************************************************************************

## MOTION FOR LEAVE OF COURT

COMES NOW, Seth Cortigene, Newton B. Schwartz, Sr. and Eberhard Garrison, who move this court for an order granting petitioners leave to file the accompanying petition for intervention and who represent as follows, to-wit:

1.

Petitioners, who are duly licensed attorneys, represented Jay Watts from December 10, 2004 to September 20, 2007 when their services were terminated absent good cause.

2.

Petitioners' intervention seeks all applicable attorney's fees and costs which may be due them after due proceedings.

3.

Petitioners certify that they have been in contact with opposing counsel who does not oppose this intervention.

WHEREFORE, petitioners pray that they be granted leave to intervene into the above-numbered and captioned matter.

Respectfully submitted:

THE CORTIGENE LAW FIRM

s/ Seth Cortigene
Seth Cortigene
Bar No. 19528
1200 State Highway 146 South
Suite 190
LaPorte, Texas 77571
(281) 867-4884
(281) 867-4886 - facsimile


NEWTON B. SCHWARTZ, SR.
Fed ID# 5080
TBN: 17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone: (713) 630-0708
Facsimile: (713) 630-0789


EBERHARD D. GARRISON (22058)
Jones, Verras & Frieberg, LLC
601 Poydras Street, Ste. 2655
New Orleans, Louisiana 70130
(504) 523-2500
(504) 523-2508
*Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ Seth Cortigene
SETH CORTIGENE