UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUPERIOR DIVING COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER 05-0197 |
| | * | |
| JAY WATTS | * | SECTION "N" |
| | * | |
| | * | MAGISTRATE 2 |

*************************************************************************

## PETITION OF INTERVENTION

With Leave of Court first obtained, comes Seth Cortigene, Newton B. Schwartz, Sr. and Eberhard Garrison, who, for Petition of Intervention represent as follows, to-wit:

1.

Made defendant to this petition is the following:

**Jay Watts, a principal of the full age of majority and a resident of the County of Harrison, State of Mississippi, domiciled at 29219 F. Malley Road, Pass Christian, Mississippi 39571**

2.

Intervenors, Seth Cortigene and Eberhard Garrison, are duly licensed attorneys who are licensed to practice law in the State of Louisiana as well as this Honorable Court.

3.

On December 10, 2004, defendant, Jay Watts, retained the legal services of Seth Cortigene and Newton B. Schwartz, Sr. to represent him in connection with injuries and damages suffered by the foregoing out of an incident causing injury which occurred on or about November 13, 2004.

4.

From December 10, 2004 through approximately September 20, 2007, Seth Cortigene, Newton B. Schwartz, Sr. and Eberhard Garrison properly functioned as legal representative for Jay

Watts, regarding all matters, principle and incidental consistent with representation of the foregoing for the occasion for which intervenors were retained including, but not limited to investigation, conferences with Jay Watts, court proceedings, depositions, management of his claim and medical treatment and other similar matters associated with such representation.

5.

On or about September 11, 2007, Jay Watts without good cause terminated the legal services of Seth Cortigene, Newton B. Schwartz, Sr. and Eberhard Garrison.

6.

Seth Cortigene, Newton B. Schwartz, Sr. and Eberhard Garrison desire and are entitled to contractual attorney's fees in accordance with the written agreement entered into by and between Jay Watts and Seth Cortigene and Newton B. Schwartz, Sr., for amounts recovered, through settlement, judgment or otherwise and to recover all costs, expenses, and/or advances incurred for or on behalf of Jay Watts. See Exhibit "A" attached hereto and made a part hereof.

WHEREFORE, premises considered, Seth Cortigene, Newton B. Schwartz, Sr. and Eberhard Garrison pray that the defendant be duly cited to appear and answer and after all legal delays and due proceedings had, this Honorable Court render judgment in favor of intervenors and against defendant in an amount reasonable in the premises, plus all costs and expenses, together with legal interest from judicial demand.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

             Respectfully submitted:

             THE CORTIGENE LAW FIRM

             s/ Seth Cortigene
             Seth Cortigene
             Bar No. 19528
             1200 State Highway 146 South
             Suite 190
             LaPorte, Texas 77571
             (281) 867-4884
             (281) 867-4886 - facsimile

             NEWTON B.SCHWARTZ, SR.
             Fed ID# 5080
             TBN: 17869000
             1911 Southwest Freeway
             Houston, Texas 77098
             Telephone: (713) 630-0708
             Facsimile: (713) 630-0789

             EBERHARD D. GARRISON (22058)
             Jones, Verras & Frieberg, LLC
             601 Poydras Street, Ste. 2655
             New Orleans, Louisiana 70130
             (504) 523-2500
             (504) 523-2508
             *Local Counsel*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

             s/ Seth Cortigene
              SETH CORTIGENE