UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUPERIOR DIVING COMPANY, INC.                CIVIL ACTION

VERSUS                                        NO.  05-197, c/w 08-5095

JAY WATTS                                     SECTION "N" (2)

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and served eight days prior to the noticed submission date.  No memorandum in opposition to the "Motion of Jay Watts Regarding Trial Subpoenas" (Rec. Doc. 457), set for hearing on June 1, 2011, was filed.  Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the "Motion of Jay Watts Regarding Trial Subpoenas" (Rec. Doc. 457) should be and is hereby **GRANTED**.  Thus, the Court ORDERS as follows:

• All witnesses subpoenaed for the former trial date of September 12, 2011 be, and they are hereby, directed to appear on the new trial date of April 9, 2012 at 8:30 a.m. pursuant to the same subpoenas previously served upon them.

• A copy of this Order shall be sent by counsel to said witnesses by mail or electronic means, with a request that they return, within 10 days, written confirmation (by mail or email) of their receipt of same.

1

- Any witnesses previously subpoenaed to whom a copy of this Order has been sent but who fail to timely return such confirmation, shall be required to appear for the former trial date of September 12, 2011, and to cooperate in the service of a subpoena upon them for the new trial date of April 9, 2012.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 1st day of June, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**