UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUPERIOR DIVING CO., INC. | CIVIL ACTION |
| VERSUS | NO.  05-197, c/w 08-5095 |
| JAY WATTS | SECTION  "N"  (2) |

### ORDER AND REASONS

Before the Court is **"Jay Watts' Motion to Correct 'Order and Reasons' of June 14, 2011" (Rec. Doc.  473)**.  The motion is opposed by Eberhard Garrison ("Garrison") (Rec. Doc. 474) and Newton B. Schwartz ("Schwartz") (Rec. Doc. 475).  After reviewing the memoranda of the parties and the applicable law,

**IT IS ORDERED** that **"Jay Watts' Motion to Correct 'Order and Reasons' of June 14, 2011" (Rec. Doc.  473)** is **DENIED** for substantially the same reasons stated by Garrison and Schwartz in the opposition memoranda at Rec. Docs. 474 and 475.

New Orleans, Louisiana, this 14th day of September, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

1